United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EFREM TSIGEYOHANNIS GEBREYOHANNIS, Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-4701 |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.* Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Efrem Tsigeyohannis Gebreyohannis filed this habeas action when detained in the custody of officials with Immigration and Customs Enforcement (ICE). The court ordered the respondents to answer the petition (Dkt. 7).

On August 6, 2026, the respondents filed an advisory (Dkt. 8) stating that the petitioner was released from custody on July 13, 2026. The petitioner has not responded. Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990). Therefore the Court **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on August 29, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE